UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 3:18-CR-00009-KRG |
| | : |
| v. | : |
| | : JUDGE KIM R. GIBSON |
| WILLIE GENE GULLEY, | : |
| Defendant | : |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR WILLIE GENE GULLEY FILED BY SANDRA THOMPSON, ESQ**

HERE COMES, Sandra Thompson, Esq., to file this Unopposed Motion to Withdraw As Counsel For Willie Gene Gulley and who does aver as follows:

I.   GROUNDS FOR MOTION

1. Defendant is Willie Gene Gulley, who is incarcerated at Cambria County prison, 425 Manor Drive, Ebensburg, PA 15931.

2. On March 21, 2018 a complaint was filed against Mr. Gulley.

3. On March 27, 2018, the Federal Public Defender was appointed to represent Mr. Gulley.

4. After the Federal Defender's motion to withdraw was granted, then Damien Schoor, Esq., was appointed to represent Mr. Gulley.

5. On or around May 8, 2018, the Government filed a two-count Indictment against Mr. Gulley for Distribution of less than 100 grams of heroin a schedule I controlled substance on March 1, 2018 and on March 20, 2018, in violation of 21 U.S.C. §§ 44l(a)(l) and 84l(b)(1)(C). Each date is a separate count.

6. In or around December 2018, Mr. Gulley entered into a private limited contract for legal representation with undersigned counsel.

7. On January 3, 2019, Undersigned counsel's motion for pro hac vice admission was granted.

8. Since said time undersigned counsel represented Mr. Gulley's interests in pursing pre-trial relief which was ultimately denied July 26, 2019 and reconsideration denied on September 30, 2019.

9. On December 9, 2019, the Government emailed to undersigned counsel a plea offer letter to Mr. Gulley, which has been presented to and discussed with Mr. Gulley.

10. This is the second request to withdraw as counsel as around August 2020, Mr. Gulley refused counsel's attempts to communicate with him about the case.

11. However, after the first motion to withdraw as counsel and a hearing held on such motion, Mr. Gulley committed to cooperating with counsel.

12. Unfortunately, Mr. Gulley has renewed making accusations of ineffectiveness against counsel, of working with the Government against him, and of withholding information from him, including unsupported accusations that a decision has been reached on his Emergency Motion To Reconsider Detention and such decision has been reported in the local newspaper.

13. Despite Mr. Gulley's pending detention motion, Mr. Gulley has terminated counsel and has requested counsel immediately file a motion to withdraw and to refrain from further acting on his behalf.

14. As such, undersigned counsel is not equipped to effectively represent Mr. Gulley's interest and believes that the attorney-client relationship is irretrievably broken.

15. Furthermore, if Mr. Gulley moves to trial, according to the written agreement, Mr. Gulley owes additional fees which he has stated unwillingness or inability to pay.

16. Attorney Maureen Sheehan-Balchon was consulted for the Government and she stated, no opinion.

## II.   LEGAL ARGUMENT

17. Undersigned counsel files this motion pursuant to Pennsylvania's ethical rules that require counsel move to withdraw, PA R. Prof Conduct 1.16 Declining or Terminating Representation, in that:

   A. Undersigned counsel has been discharged by Mr. Gulley, 204 Pa. Code Rule 1.16(a)(3);

   B. There is no material adverse effect on the underlying merits of the case whereas alternate counsel can be appointed to Mr. Gulley; and

   C. The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled.

   See, Rule 1.16 (b)(1)(5,(6),(7)

18. Counsel's motion to withdraw may be granted when counsel's continued representation would violate ethical obligations. U.S. v. Oberoi, 331 F.3d 44, 52 (Cir. 2003).

## III.   REQUEST FOR RELIEF

WHEREFORE, Sandra Thompson, Esq does respectfully request that the Honorable Court would grant the unopposed motion to withdraw as counsel and Order that her appearance would be withdrawn as counsel for Willie Gulley, Defendant, and would remove her from the ECF service list for the case, and would appoint substitute counsel for Mr. Gulley.

DATED: January 21, 2021                    Respectfully Submitted:

/s/ Sandra Thompson
Sandra Thompson, Esq. PA I.D. 84345
Law Office of Sandra Thompson, LLC
351 E. Princess St., P.O. Box 1901
York, PA 17405
Telephone/Fax: 215-987-3650
Email: sthompsonLLC@gmail.com

## **PROOF OF SERVICE**

I, Sandra Thompson, Esq., counsel of record for Defendant Willie Gulley, do hereby certify that the following were served with a true and correct copy of the Unopposed Motion To Withdraw As Counsel For Willie Gulley Filed By Sandra Thompson, Esq pursuant to LCvR 5.6 by electronic means to the extent and in the manner authorized by the Standing Order regarding Electronic Case Filing Policies and Procedures and the ECF User Manual as follows:

### **Counsel For Government**

Email: Maureen.Sheehan-Balchon@usdoj.gov
Maureen Sheehan-Balchon, A.U.S. A
United States Attorney's Office
Suite 200 - Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

And is delivered to Willie Gulley, Inmate/Defendant by regular mail to:

### **LEGAL MAIL**

Willie Gulley, Inmate 18-00722
Cambria County Prison
425 Manor Drive, Ebensburg, PA  15931


DATED: January 21, 2021          Respectfully Submitted:


/s/ Sandra Thompson
Sandra Thompson, Esq. PA I.D. 84345
Law Office of Sandra Thompson, LLC
351 E. Princess St., P.O. Box 1901
York, PA 17405
Telephone/Fax: 215-987-3650
Email: sthompsonLLC@gmail.com